Donald M. MURPHY, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7117.

United States Court of Appeals,
Federal Circuit.

May 19, 2004.

Doris Finnerman, Principal Attorney, David M. Cohen, Deborah A. Bynum, Of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

*ORDER*

Upon consideration of Donald M. Murphy's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

Ronnie BURNETT, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7090.

United States Court of Appeals,
Federal Circuit.

May 19, 2004.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Patricia Trujillo, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

*ORDER*

Upon consideration of Ronnie Burnett's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.